**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRIS BERMES, | |
|     Plaintiff, | Case No. 15-cv-00018 |
| v. | |
| CLESEN WHOLESALE, INC., | |
|     Defendant. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

It is hereby stipulated and agreed by and between the parties to the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), through their respective attorneys, that said action be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled and compromised.

Dated: July 28, 2015

On behalf of Plaintiff,

By: /s/ Michael I. Leonard
    Michael I. Leonard
    Leonard Law Offices
    203 North LaSalle, Suite 1620
    Chicago, Illinois 60606

On behalf of Defendant,

By: /s/ Arthur Sternberg
    Arthur Sternberg
    Thompson Coburn LLP
    55 E. Monroe, 37th Floor
    Chicago, IL 60603

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 28, 2015, a true and correct copy of the foregoing *Stipulation For Dismissal With Prejudice* was sent, via electronic mail, to the addresses listed on Northern District of Illinois's CM/ECF system for all counsel of record.

Dated: July 28, 2015  **RESPECTFULLY SUBMITTED,**

By: /s/ Ethan E. White
 Ethan E. White
 LEONARD LAW OFFICES
 203 North LaSalle, Suite 1620
 Chicago, Illinois 60601
 (312) 380-6634 (direct)
 ewhite@leonardlawoffices.com